IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>RENE ANTONIO RAMOS RODRIGUEZ, SR.,<br><br>     Defendant. | 4:12CR3130<br><br>**ORDER** |

  This matter is before the court on the defendant's Unopposed Motion to Continue Self-surrender Date (Filing No. 46). After a review of the matter,

  IT IS ORDERED that the defendant's motion is granted, and the defendant's self-surrender date is continued to **on or before November 19, 2013.**

  Dated this 17th day of July, 2013.

                 BY THE COURT:

                 s/ Joseph F. Bataillon
                 United States District Judge