IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>RENE ANTONIO RAMOS RODRIGUEZ, SR.,<br><br>        Defendant. | **4:12CR3130**<br><br>**ORDER** |

This matter is before the court on the defendant's Unopposed Motion to Continue Self-surrender Date (Filing No. 48). After considering the matter, the court will grant the motion.

IT IS ORDERED that the defendant's motion is granted, and the defendant's self-surrender date is continued to **on or before March 11, 2014.**

Dated this 7th day of November, 2013.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge