IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RENE ANTONIO RAMOS RODRIGUEZ, SR.,<br><br>    Defendant. | 4:12CR3130<br><br>ORDER |

This matter is before the court on the defendant's Unopposed Oral Motion to Continue Self-surrender Date. After a review of the matter, the court finds that the motion should be granted and that no further extensions will be allowed without a showing of just cause.

IT IS ORDERED that the defendant's motion is granted, and the defendant's self-surrender date is continued to **on or before June 4, 2014.**

Dated this 24th day of February, 2014.

              BY THE COURT:

              s/ Joseph F. Bataillon
              United States District Judge